**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00962-CMA

PAMELA J. DOMEJKA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND
DISCHARGE OF SHOW CAUSE ORDER**

---

This matter is before the Court on Plaintiff's Motion for Attorney Fees (Doc. # 23) and the Court's February 19, 2013 Show Cause Order (Doc. # 20). These filings arise from Defendant's failure to appear before the Court for a hearing held in this case. (*See* Doc. ## 17–19.) At that hearing, the Court affirmed Defendant's decision at the administrative level but allowed Plaintiff to file a motion for fees and ordered Defendant to show cause as to why sanctions should not be imposed for failure to appear. (Doc. # 18.)

Defense counsel, in response to the Show Cause Order, offered a heart-felt apology and an explanation for her absence from the hearing. (*See* Doc. # 21.) She also explained steps now being taken by Defendant to ensure that its attorneys comply with Court orders to appear for hearings. (*Id.* at 3-4.) Implementation of such steps strikes the Court as a good idea, but it also demonstrates the previous failure of Defendant to have reasonable safeguards in place. Indeed, Defense counsel's failure

to appear for the February 15, 2013 hearing marked the second time within one month in which one of Defendant's attorneys had failed to appear for a hearing before the Court.  *See Johnson v. Astrue*, No. 12-cv-00888, Doc. # 24 (D. Colo. Jan. 15, 2013).[1]  For this reason, the Court determines that some sanction against Defendant is appropriate.

Although Plaintiff's appeal was ultimately unsuccessful in this case, Plaintiff was denied the contested hearing contemplated by the Court having set the matter for oral argument.  As such, the Court determines that Plaintiff's fee request (in the amount of $684 for 3.9 hours spent by counsel preparing for and attending the hearing), which represents a very reasonable amount of fees, is well-suited to serve as the limited sanction the Court deems appropriate in this case.  Therefore, it is

ORDERED that, pursuant to the Court's inherent authority and the Show Cause Order issued on February 19, 2013, Plaintiff's Motion for Attorney Fees (Doc. # 23) is GRANTED, and Defendant is ordered to pay Plaintiff $684 in fees as a sanction. The Show Cause Order is discharged.

DATED:  September __25__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] In *Johnson*, the Court was able to locate defense counsel who, despite his failure to appear in person, participated in the hearing by telephone.  Notwithstanding numerous efforts on the day of the hearing in the instant case, the Court had no success in reaching Defense counsel or anyone else in her office before eventually commencing the hearing.